**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

ROBIN VOS,

      Plaintiff,

v.                                  Case No. 2:22-cv-01119

UNITED STATES HOUSE OF
REPRESENTATIVES SELECT COMMITTEE TO
INVESTIGATE THE JANUARY 6TH ATTACK ON
THE UNITED STATES CAPITOL

BENNIE G. THOMPSON, in his official capacity as
Chairman of the House Select Committee to
Investigate the January 6th Attack on the United
States Capitol,

      Defendants.

---

## CIVIL L. R. 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Robin Vos, furnishes the following in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1.      The Plaintiff, Robin Vos, is represented by the following Attorneys and law firms in this matter:

      a.      Attorney Matthew M. Fernholz and Ashley E. McNulty of Cramer, Multhauf & Hammes, LLP;

      b.      Attorney Adam K. Mortara of Lawfair, LLC;

      c.      Attorney Edward D. Greim and Paul Brothers of Graves Garrett, LLC (application for admission forthcoming);

1

Dated this 26th day of September, 2022

*/s/ Matthew M. Fernholz*
Matthew M. Fernholz
State Bar No. 1065765
Ashely E. McNulty
State Bar No. 1107355
CRAMER, MULTHAUF & HAMMES, LLP
1601 E. Racine Ave., Ste. 200
P.O. Box 558
Waukesha, WI 53187
PH: (262) 542-4278
FX: (262) 542-4270
Email: mmf@cmhlaw.com
Email: aem@cmhlaw.com

**Attorneys for Plaintiff Robin Vos**

2