# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Robin Vos ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-01119 |
| House Select Committee to Investigate the January 6th ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robin Vos   .

Date:   09/26/2022

s/Electronically by Ashley E. McNulty
*Attorney's signature*

Ashley E. McNulty, WI SBN: 1107355
*Printed name and bar number*
Cramer, Multhauf & Hammes, LLP
1601 E. Racine Avenue, Suite 200
P.O. Box 558
Waukesha, WI 53187-0558
*Address*

aem@cmhlaw.com
*E-mail address*

(262) 542-4278
*Telephone number*

(262) 542-4270
*FAX number*