# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ROBIN VOS,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES HOUSE OF REPRESENTATIVES SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL**<br>Longworth House Office Building<br>Washington, D.C. 20515<br><br>**BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol,**<br>Long Worth House Office Building<br>Washington, D.C. 20515<br><br>    Defendants. | Civil Action No. 2:22-cv-01119 |

## PARTIES' JOINT STATUS UPDATE & STIPULATED SCHEDULING ORDER

PLAINTIFF Speaker of the Wisconsin Assembly Robin Vos (Speaker Vos), by and through his counsel, Graves Garrett LLC, Cramer, Multhauf & Hammes, LLP, and Lawfair LLC, and Defendants United States House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol ("Committee") and Bennie G. Thompson, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol (Chairman Thompson), through their counsel Douglas Letter and Todd

Tatelman, jointly provide the Court with the following status update and stipulated scheduling order:

1. Plaintiff and Defendants engaged in good faith negotiations regarding how to proceed with this case. Through these negotiations, Defendants agreed not to take steps to enforce the subpoena at issue pending resolution of the matter in this Court, and to postpone the date for Plaintiff's deposition from September 26, 2022, to a future date.

2. Plaintiff and Defendants also agreed to jointly propose the following schedule to the Court for resolution of this case:

    a. October 4, 2022-Deadline for Plaintiff to file motion for preliminary injunction.

    b. October 11, 2022-Deadline for Defendant's to file response to Plaintiff's motion.

    c. October 14, 2022-Deadline for Plaintiff to file reply to Defendant's response.

    d. Week of October 17, 2022, or at the Court's earliest convenience-Hearing on Plaintiff's motion for preliminary injunction.

3. Plaintiff and Defendants agree, if the schedule outlined above is accepted by the Court, Plaintiff's motion for preliminary injunction will be consolidated with a trial on the merits of Plaintiff's claims pursuant to Fed. R. Civ. Pro. 65(a)(2).

4. Lastly, Plaintiff and Defendants agree, if the schedule outlined above is accepted by the Court, Plaintiff will withdraw his request for a temporary restraining order.

WHEREFORE, Plaintiff and Defendants respectfully requests that this Court accept the parties' jointly proposed schedule outlined above and enter an order to such effect.

Dated: September 27, 2022　　　　　　　　　　Respectfully submitted,

**GRAVES GARRETT, LLC**

*/s/Electronically by Edward D. Greim*
Edward D. Greim (Mo. Bar # 54034)*
Paul Brothers (Mo. Bar # 68704)*
1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
pbrothers@gravesgarrett.com
*Eastern District of Wisconsin Application Forthcoming*

**CRAMER, MULTHAUF & HAMMES, LLP**

*/s/ Electronically by Matthew M. Fernholz*
Matthew M. Fernholz (Wis. Bar # 1065765)
Ashley E. McNulty (Wis. Bar # 1107355)
1601 E. Racine Ave., Suite 200
Waukesha, WI 53186
262-542-4278
mmf@cmhlaw.com
aem@cmhlaw.com

**OFFICE OF GENERAL COUNSEL**

*/s/ Electronically by Douglas N. Letter*
Douglas N. Letter
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
U.S. House of Representatives*
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov
Todd.Tatelman@mail.house.gov
Eric.Columbus@mail.house.gov

*Counsel for Defendants*

**LAWFAIR LLC**

*/s/Electronically by Adam K. Mortara*
Adam K. Mortara (Wis. Bar No. 1038391)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154

*Counsel for Plaintiff*