UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBIN VOS,

        Plaintiff,

        v.                                        Case No. 22-cv-1119-pp

UNITED STATES HOUSE OF REPRESENTATIVES
SELECT COMMITTEE TO INVESTIGATE THE
JANUARY 6TH ATTACK ON THE UNITED STATES
CAPITOL, and BENNIE G. THOMPSON,

        Defendants.

**ORDER APPROVING PARTIES' JOINT STIPULATED SCHEDULING ORDER (DKT. NO. 12), GRANTING PARTIES' JOINT CIVIL L.R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION TO ENTER SCHEDULING ORDER (DKT. NO. 13), ALLOWING PLAINTIFF TO WITHDRAW REQUEST FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 2 AT ¶66 AND PAGE 23), DENYING THAT REQUEST AS MOOT AND ESTABLISHING BRIEFING SCHEDULE**

On September 25, 2022, the plaintiff filed a complaint seeking several forms of relief, including the issuance of a temporary restraining order. Dkt. No. 2. The parties since have filed a stipulated briefing schedule, dkt. no. 12, and a joint motion asking the court to enter an order adopting that schedule, dkt. no. 13. The parties agreed that if the defendants agreed not to take steps to enforce the subpoena while this case is pending and if the court accepted the proposed, agreed briefing schedule, the plaintiff would withdraw his request for a temporary restraining order. Dkt. No. 12 at ¶4; Dkt. No. 13-1 at ¶5.

The court **APPROVES** the parties' stipulated scheduling order. Dkt. No. 12.

The court **ALLOWS** the plaintiff to withdraw his request for a temporary restraining order and **DENIES AS MOOT** the plaintiff's request for a temporary restraining order.

The court **ORDERS** that the parties must comply with the following briefing schedule:

The plaintiff must file a motion for a preliminary injunction and any supporting materials by the end of the day on **October 4, 2022**.

The defendants must file their response to the preliminary injunction motion, along with any supporting materials, by the end of the day on **October 11, 2022**.

If the plaintiff wishes to file a reply in support of the preliminary injunction motion, he must do so by the end of the day on **October 14, 2022**.

The parties must appear for a consolidated hearing on the preliminary injunction motion and trial, as provided for by Fed. R. Civ. P. 65(a)(2), on **October 24, 2022 at 1:00 p.m. Central Time/2:00 p.m. Eastern Time**. The court will confer with the parties regarding the format of that hearing.

Dated in Milwaukee, Wisconsin this 27th day of September, 2022.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**