UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: September 27, 2022
JUDGE: Pamela Pepper
CASE NO: 2022-cv-1119
CASE NAME: Robin J. Vos v. United States House of Representatives Select Committee To Investigate the January 6th Attack on the Capitol, et al.
NATURE OF HEARING: Status Conference
APPEARANCES: Edward Greim – Attorney for the plaintiff
Paul Brothers – Attorney for the plaintiff
Adam Mortara – Attorney for the plaintiff
Matthew Fernholz – Attorney for the plaintiff
Ashley McNulty – Attorney for the plaintiff
Todd Tatelman – Attorney for the defendants
COURTROOM DEPUTY: Kristine Wrobel
TIME: 3:08 p.m. -3:27 p.m.
HEARING: October 24, 2022, at 1:00 p.m. Central Time

**AUDIO OF THIS HEARING AT DKT. NO. 14**

The court confirmed with the parties that the defendants had received the complaint and motion for injunctive relief. The court noted that counsel for the plaintiff had contacted chambers indicating that the parties had had preliminary discussions about a briefing schedule for the requested relief.

The plaintiff's counsel indicated that the parties had filed stipulations and proposed orders for a briefing schedule. Defense counsel confirmed that the parties had stipulated to the following briefing schedule:

The plaintiff will file his motion for preliminary injunction by the end of the day on **October 4, 2022**.

The defendants will file their response to the plaintiff's motion by the end of the day on **October 11, 2022**.

The plaintiff will file his reply in support of the motion by the end of the day on **October 14, 2022**.

Counsel for the plaintiff explained that the defendants had agreed not to enforce the subpoena pending the resolution of the issues before the court, and the plaintiff had agreed to withdraw his motion for a temporary restraining order if the court agreed to the proposed briefing schedule.

The court asked the parties to include in their briefs a discussion of whether this court has jurisdiction to quash a subpoena issued by a congressional committee, including whether sovereign immunity bars the suit and the impact of the Speech and Debate Clause. The court also asked the parties are to provide the court with the information regarding procedures applicable to the issuance of a congressional subpoena.

The court scheduled a hearing for oral arguments on October 24, 2022, at 1:00 p.m. Central Time. The parties will work with the court's staff regarding

1

the logistics on appearances for the hearing. The court will issue an order that includes the briefing schedule.