# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| ROBIN VOS ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-01119-PP |
| U.S. HOUSE SELECT COMMITTEE, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Robin Vos.

Date: 10/18/2022

/s/ Edward D. Greim
*Attorney's signature*

Edward D. Greim, MO Bar #54034
*Printed name and bar number*

Graves Garrett
1100 Main Street, Suite 2700
Kansas City, MO 64105
*Address*

edgreim@gravesgarrett.com
*E-mail address*

(816) 256-3181
*Telephone number*

(816) 256-5958
*FAX number*