IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ROBIN VOS,**<br><br>        Plaintiff,<br>v.<br><br>**UNITED STATES HOUSE OF REPRESENTATIVES SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL**<br>Longworth House Office Building<br>Washington, D.C. 20515<br><br>**BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol,** Long Worth House Office Building<br>Washington, D.C. 20515<br><br>        Defendants. | Civil Action No. 2:22-cv-01119 |

## **PARTIES' JOINT MOTION FOR CONTINUANCE OF MOTION HEARING**

Plaintiff Speaker of the Wisconsin Assembly Robin Vos (Speaker Vos), by and through his counsel, Graves Garrett LLC, Cramer, Multhauf & Hammes, LLP, and Lawfair LLC, and Defendants United States House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol ("Committee") and Bennie G. Thompson, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol (Chairman Thompson), through their counsel Douglas Letter and Todd

Tatelman, jointly move the Court to continue the Motion Hearing currently scheduled for October 24, 2022.

The parties jointly request the Court reschedule the Motion Hearing for November 14, 2022, or as soon thereafter as the Court's schedule can accommodate. Both parties believe a continuance is in their best interest.

Dated: October 21, 2022                              Respectfully submitted,

**GRAVES GARRETT, LLC**
*/s/ Edward D. Greim*                                */s/ Douglas N. Letter*
Edward D. Greim (Mo. Bar #54034)                     DOUGLAS N. LETTER (D.C. Bar No. 253492
Paul Brothers (Mo. Bar #68704)                       *General Counsel*
1100 Main Street, Suite 2700                         TODD B. TATELMAN (VA Bar No. 66008)
Kansas City, MO 64105                                *Principal Deputy General Counsel*
Phone: (816) 256-3181                                ERIC R. COLUMBUS (DC BAR No. 487736)
Fax: (816) 256-5958                                  *Special Litigation Counsel*
edgreim@gravesgarrett.com

                                                     OFFICE OF GENERAL COUNSEL
**CRAMER, MULTHAUF & HAMMES, LLP**                   U.S. HOUSE OF REPRESEANTIVES
*/s/ Matthew M. Fernholz*                            5140 O'Neil House Office Building
Matthew M. Fernholz (Wis. Bar # 1065765)             Washington, D.C. 20515
Ashley E. McNulty (Wis. Bar # 1107355)               Telephone: (202) 225-9700
1601 E. Racine Ave., Suite 200                       Douglas.Letter@mail.house.gov
262-542-4278
Waukesha, WI 53186                                   *Counsel for Defendants*
mmf@cmhlaw.com
aem@cmhlaw.com

**LAWFAIR LLC**
*/s/Adam K. Mortara*
Adam K. Mortara (Wis. Bar No. 1038391)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154


*Counsel for Plaintiff*