## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **ROBIN VOS,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**UNITED STATES HOUSE OF REPRESENTATIVES SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL**<br>Longworth House Office Building<br>Washington, D.C. 20515<br><br>**BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol,**<br>Long Worth House Office Building<br>Washington, D.C. 20515<br><br>　　　Defendants. | Civil Action No. 2:22-cv-01119 |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Speaker of the Wisconsin Assembly Robin Vos, by and through his counsel, Graves Garrett LLC, Cramer, Multhauf & Hammes, LLP, and Lawfair LLC, hereby provides notice of his dismissal without prejudice of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dismissal under Rule 41(a)(1)(A)(i) is appropriate because Defendants have not filed an answer or a motion for summary judgment in this matter.

1

Dated: January 3, 2023                                    Respectfully submitted,

**GRAVES GARRETT, LLC**
*/s/ Edward D. Greim*
Edward D. Greim (Mo. Bar #54034)
Paul Brothers (Mo. Bar #68704)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com

**CRAMER, MULTHAUF & HAMMES, LLP**
*/s/ Matthew M. Fernholz*
Matthew M. Fernholz (Wis. Bar # 1065765)
Ashley E. McNulty (Wis. Bar # 1107355)
1601 E. Racine Ave., Suite 200
262-542-4278
Waukesha, WI 53186
mmf@cmhlaw.com
aem@cmhlaw.com

**LAWFAIR LLC**
*/s/Adam K. Mortara*
Adam K. Mortara (Wis. Bar No. 1038391)
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154


*Counsel for Plaintiff*